No. 02–7417. WINFIELD v. HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–7421. LEGRANDE v. NORTH CAROLINA ET AL. Sup. Ct. N. C. Certiorari denied.

No. 02–7423. BELTON v. HENSON, SHERIFF, ANGELINA COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7424. WHITE v. SALT LAKE COUNTY, UTAH, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–7425. MCDOWELL v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 02–7426. MCGHEE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–7428. EVANS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 02–7432. STEPHENS v. HALL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 02–7437. HILL v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7454. LOCKHART v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–7460. ANDERSON v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 02–7463. LOPEZ-CHAPARRO, AKA MUNOZ-ACOSTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7466. ANDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.